UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CARL H. LLOYD, etc.,

    Plaintiff,

v.     Case No. 3:08-cv-1068-J-34HTS

MICHAEL J. ASTRUE,
Commissioner of
Social Security,

    Defendant.

### REPORT AND RECOMMENDATION[1]

On November 13, 2008, the Court entered an Order (Doc. #5; Order) directing Plaintiff to show cause why it should not be recommended that this case be transferred to the Southern District of Georgia.  Order 1-2.  Mr. Lloyd has failed to respond to the Order.

Inasmuch as Plaintiff is a resident of Metter, Georgia, *see* Complaint (Doc. #1), filed on November 6, 2008, which is located in Candler County, it appears this case belongs in the United States District Court for the Southern District of Georgia.  *See* 42 U.S.C.

---

[1] Specific, written objections may be filed in accordance with 28 U.S.C. § 636 and Rule 6.02, Local Rules, United States District Court, Middle District of Florida, within ten (10) days after service of this document.  Failure to file timely objections shall bar the party from a *de novo* determination by a district judge and from attacking factual findings on appeal.

§ 405(g) (indicating "[s]uch action shall be brought in the district court of the United States for the judicial district in which the plaintiff resides").

Accordingly, it is recommended that this case be **TRANSFERRED** to the United States District Court for the Southern District of Georgia.

**ENTERED** at Jacksonville, Florida, this 26th day of November, 2008.

/s/        Howard T. Snyder
HOWARD T. SNYDER
UNITED STATES MAGISTRATE JUDGE


Copies to:

The Honorable Marcia Morales Howard
United States District Judge

Counsel of record
    and pro se parties, if any